FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUNE 10 2021
JEFFREY P. ALLSTEADT, CLERK

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**Mack Industries, Ltd. et. al.**<br><br>Debtors.<br>**Ronald R. Peterson, trustee, et. al.**<br>v.<br><br>Plaintiffs<br>v.<br><br>**Kyle Bell,**<br><br>Defendant. | Chapter 7<br><br>Bankruptcy No.: 17-09308 (CAD)<br><br>Honorable Carol A. Doyle<br><br>Adversary No. 19-00447<br><br>**NOTICE OF MOTION BY DEFENDNAT KYLE BELL FOR MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date: June 17th, 2021<br>Time: 10:45 a.m.<br>Dept.: Zoom |

### NOTICE OF MOTION

**Please take notice** that on June 17th at 10:45 A.M., or as soon thereafter as the matter may be heard, the undersigned shall appear before the Honorable Carole A. Doyle, United States Bankruptcy Judge for the Northern District of Illinois, or any other judge sitting in her place and stead, and shall then and there present the *Motion to Dismiss the Amended Complaint* a copy of which is attached hereto and herewith served upon you.

This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 558 289 and the password is Doyle742. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Respectfully,

Kyle Bell, In. Pro Per
Defendant

## CERTIFICATE OF SERVICE

I, Kyle Bell., certify that I caused a copy of the attached *Motion For Dismissal of the Amended Complaint* to be mailed by first class on __N/A__ and sent by email on __6/10/2021__.

Ariane Holtschlag
Jeffrey K. Paulson
Factor Law
105 W. Madison Street, Suite 1500
Chicago, Ill. 60602
aholtschlag@wfactorlaw.com
jpaulsen@wfactorlaw.com

# Kyle Bell

## 10819 E 4000N Rd.
## Momence, IL.
## 60954

## 708-829-9315